IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )  CRIMINAL NO. 3:25-1341 |
| | )      42 U.S.C. § 3631(b) |
| | )      18 U.S.C. § 924(c)(1)(A) |
| vs. | )      18 U.S.C. § 924(d)(1) |
| | )      28 U.S.C. § 2461(c) |
| | ) |
| | ) |
| JONATHAN ANDREW FELKEL | ) |

COUNT 1

THE GRAND JURY CHARGES:

On or about July 17, 2025, in the District and State of South Carolina, the Defendant, **JONATHAN ANDREW FELKEL**, by force and threat of force, willfully intimidated and interfered with, and attempted to intimidate and interfere with J.M., an African-American man, in order to intimidate him and other African Americans from participating, without discrimination on account of race or color, in the selling, purchasing, renting, financing, occupying, or contracting or negotiating for the sale, purchase, rental, financing or occupation of any dwelling in the Spring Valley residential community of Columbia, South Carolina, to wit: the Defendant, **JONATHAN ANDREW FELKEL**, while driving into the Spring Valley community where both he and J.M. lived, fired a gun and shouted at J.M., "You better keep running, boy!" while J.M. was standing at the gate to the Spring Valley community.

In violation of Title 42, United States Code, Section 3631(b).

<u>COUNT 2</u>

THE GRAND JURY FURTHER CHARGES:

On or about July 17, 2025, in the District and State of South Carolina, the Defendant, **JONATHAN ANDREW FELKEL**, knowingly did use and carry a firearm during and in relation to, and did possess a firearm in furtherance of, a crime of violence as charged in Count 1, which may be prosecuted in a court of the United States, and, during the course of said offense, the firearm was brandished and discharged;

In violation of Title 18, United States Code, 924(c)(1)(A).

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Title 18, United States Code, Section 924(c)(1) as charged in this Indictment, the Defendant, **JONATHAN ANDREW FELKEL**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to:

(a)    any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1)    involved in or used in any knowing violation of 18 U.S.C. § 924, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

Firearm:

Remington Model 7400, 30-06 caliber Springfield semiautomatic rifle with magazine and attached optic and sling
Serial Number: B8039878

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A                    true                    BILL



/FOREPERSON

3

BRYAN P. STIRLING
UNITED STATES ATTORNEY

BY: _____

Elle E. Klein (Fed. ID 12941)
Lamar J. Fyall (Fed. ID 13629)
Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3016
Email: Elle.Klein@usdoj.gov
Email: Lamar.Fyall@usdoj.gov


HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL

Sarah Armstrong, Trial Attorney
Mark Blumberg, Special Legal Counsel
U.S. Dept. of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Ave., NW, 4CON
Washington, DC 20530
Telephone: (202) 820-6893
Email: Sarah.Armstrong@usdoj.gov

4